NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**WILLIAM B. GROSECLOSE,**
*Petitioner,*

v.

**DEPARTMENT OF THE NAVY,**
*Respondent.*

---

2011-3078

---

Petition for review of the Merit Systems Protection Board in consolidated case nos. SF1221080524-B-1 and SF1221080635-B-1.

---

## ON MOTION

---

Before O'MALLEY, *Circuit Judge.*

## ORDER

William B. Groseclose moves without opposition for leave to exceed the permitted word limitation for his reply brief by filing a brief of up to 10,000 words.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion to exceed the permitted word limitation is granted.

FOR THE COURT

SEP 3 0 2011
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: William B. Groseclose
    Joshua A. Mandlebaum, Esq.

s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

SEP 3 0 2011

JAN HORBALY
- CLERK